In the Matter of the Accounting of Brooklyn Trust Company, as Temporary Administrator of the Estate of Claude C. Pinney, Deceased, and of Brooklyn Trust Company et al., as Executors of Claude C. Pinney, Deceased, Respondents; Katherine C. Pinney, Appellant.

Submitted July 7, 1938; decided October 4, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 278 N. Y. 507.)

The People of the State of New York ex rel. William Prince, Respondent, against Joseph H. Brophy, as Warden of Auburn State Prison, Defendant.

The People of the State of New York, Appellant.

Submitted July 7, 1938; decided October 4, 1938.

Motion for reargument denied. (See 273 N. Y. 90.)

State Street Trust Company, Appellant, v. Alwin C. Ernst et al., Copartners, under the Firm Name of Ernst & Ernst, Respondents.

Submitted July 7, 1938; decided October 4, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 278 N. Y. 104.)

Neponsit Property Owners' Association, Inc., Respondent, v. Emigrant Industrial Savings Bank, Appellant.

Submitted July 7, 1938; decided October 4, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 278 N. Y. 248.)